PINCUS RESSLER, as Trustee in Bankruptcy, etc., Respondent, v. LEOPOLD BRONFMAN, Appellant, Impleaded with Another. PINCUS RESSLER, as Trustee in Bankruptcy, etc., v. ISAAC A. BENEQUIT, Appellant, Impleaded with Another.— Orders reversed, with ten dollars costs and disbursements, and motions granted to extent stated in orders. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

CHARLES A. DANIEL, Respondent, v. NATIONAL SUCTION CLEANER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

ALBERT NEWCOMBE, Respondent, v. GEORGE N. OSTRANDER, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY CLARK, Principal, THOMAS F. DEVINE, Surety. In the Matter of the Application of KATHRYN BRADLEY THOMPSON, Appellant, for the Remission of the Forfeiture of Bail.— Order affirmed. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

FRANK W. KRAVIGNY, Respondent, v. ROBERT H. MAY, Defendant, Impleaded with ARTHUR B. JEKYLL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

GABRIEL SALANT and Others, Appellants, v. BORIS KASCHUCK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

THE ELMOHAR COMPANY, Respondent, v. FRANK HASBROUCK and Another, as Receivers of the PEOPLE'S SURETY COMPANY OF NEW YORK, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

RICHARD H. HIGGINS and Others, Respondents, v. THE HOCKING VALLEY RAILWAY COMPANY, Appellant. (Action No. 1.) RICHARD H. HIGGINS and Others, Respondents, v. THE HOCKING VALLEY RAILWAY COMPANY, Appellant. (Action No. 2.) DANIEL E. POMEROY v. THE HOCKING VALLEY RAILWAY COMPANY.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

In the Matter of the Application of THE BOWERY SAVINGS BANK, Appellant, for Leave to Bring an Action against ELIZABETH M. MURPHY, Formerly ELIZABETH M. PLUNKETT, Appellant, and EDWARD F. MARTIN and WILLIAM J. MARTIN, Respondents, and Another.— Order affirmed, with ten dollars costs and disbursements to respondents Martin. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.